Jennifer Warberg, OSB No. 035472
jwarberg@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison
Suite 900
Portland, OR 97204
Telephone:    503.221.0309
Fax No.:       503.242.2457

Attorneys for Defendant Forever 21 Retail, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JONATHAN ESTEP, an individual,** | Case No.: 3:16-cv-2214 |
| Plaintiff, | |
| v. | DEFENDANT FOREVER 21 RETAIL, INC'S NOTICE OF REMOVAL |
| **FOREVER 21 RETAIL, INC., a foreign business corporation, doing business as FOREVER 21,** | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

Defendant Forever 21 Retail, Inc., (hereinafter "Forever 21") by filing this Notice of Removal

and related papers, removes this action from the Circuit Court of the State of Oregon for the

County of Multnomah ("Multnomah County Circuit Court") to the United States District Court

for the District of Oregon, Portland Division.  Forever 21 removes this case based on diversity

based on the following facts.

**NOTICE OF REMOVAL IS TIMELY**

1.      On October 24, 2016, Plaintiff Jonathan Estep ("Plaintiff") filed a civil action

Page 1 - DEFENDANT FOREVER 21 RETAIL, INC'S
NOTICE OF REMOVAL

against Defendant in Multnomah County Circuit Court entitled *Jonathan Estep v. Forever 21 Retail, Inc.*, Case No. 16CV35167. Pursuant to 28 U.S.C. § 1446(a), all state court papers served on Defendant at the time of the removal and/or true and correct copies of all records filed in the state court proceeding, consisting of a Summons and Complaint, are attached hereto as **Exhibits A and B**, respectively.

2.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) as it has been filed within 30 days of receipt of the Summons and Complaint by Forever 21 on October 26, 2016.

3.      Other than the above-referenced proceedings, no further proceedings have been had in the Multnomah County Circuit Court as of the date of filing this removal.

## COMPLETE DIVERSITY JURISDICTION EXISTS

4.      This action may be removed pursuant to 28 U.S.C. §§ 1332 and 1441 because the action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Plaintiff alleges in his Complaint that he is seeking $944,450.80 in damages. **Exhibit B**, Caption; ¶¶30-31.

6.      Plaintiff further alleges that he is resident and citizen of the State of Oregon (Yamhill County). *See* **Exhibit B**, ¶1.

7.      Forever 21 is a California corporation with its principal place of business in Los Angeles, California.

8.      Therefore, at the time of commencement of the action and at removal, Plaintiff and Defendant were citizens of different states and complete diversity exists.

## REMOVAL TO THIS DISTRICT IS PROPER

9.      Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removal of the above-captioned

Page 2 -  DEFENDANT FOREVER 21 RETAIL, INC'S
NOTICE OF REMOVAL

state court action to this Court is appropriate.

10.     Pursuant to 28 U.S.C. § 1441(a), removal is made to this Court as the District embracing the place where the state court action is pending.

11.     Defendant has good and sufficient defenses to this action and does not waive any defenses, jurisdictional or otherwise, by this removal.

12.     Pursuant to 28 U.S.C. § 1446(d), Forever 21 is providing to Plaintiff, through his counsel, written notice of the filing of this Notice of Removal.  Furthermore, Forever 21 is filing a copy of this Notice of Removal with the Clerk of the Multnomah County Circuit Court, where the action was pending.

WHEREFORE, Forever 21 hereby removes this civil action from the Multnomah County Circuit Court to this District Court.

Dated:  November 23, 2016

Respectfully submitted,

*s/ Jennifer Warberg*
Jennifer Warberg, OSB No. 035472
Littler Mendelson, P.C.

Attorneys for Defendant
Forever 21 Retail, Inc.

Firmwide:143955593.1 075428.1004

Page 3 -  DEFENDANT FOREVER 21 RETAIL, INC'S
NOTICE OF REMOVAL